UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
   DARRYL BASS  
   TINA J. BASS  

CASE NO: 08-33571  
(Chapter 13)  

Debtors     JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976207**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 111 | CITIMORTGAGE INC<br>BOX 6006<br>THE LAKES, NV  88901 | 58.22 |
| 23/ 3 | CITIMORTGAGE INC<br>BOX 6006<br>THE LAKES, NV  88901 | 4.90 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 9/28/2009

Certificate of Service                    08-33571

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| DARRYL BASS<br>TINA J. BASS<br>6040 OLD TROY PIKE<br>DAYTON, OH  45424 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (102.1n)<br>CITIMORTGAGE<br>BOX 829009<br>DALLAS, TX  75382 |
| (3.1)<br>CITIMORTGAGE INC<br>BOX 6006<br>THE LAKES, NV  88901 | (3.3)<br>CITIMORTGAGE INC<br>BOX 829009<br>DALLAS, TX  75382 | (111.1)<br>CITIMORTGAGE INC<br>BOX 6006<br>THE LAKES, NV  88901 |
| (111.3)<br>CITIMORTGAGE INC<br>BOX 829009<br>DALLAS, TX  75382 | (96.3n)<br>DENNIS A LIEBERMAN<br>ATTN EMERSON R KECK<br>318 W FOURTH STREET<br>DAYTON, OH  45402 | (96.1n)<br>EMERSON KECK<br>15 W FOURTH ST  STE 100<br>DAYTON, OH  45402 |
| (94.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (101.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 | (116.1n)<br>TEXAS GUARANTEED STUDENT LOAN<br>BOX 83100<br>ROUND ROCK, TX  78683 |
| (112.1n)<br>US DEPT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>BOX 5609<br>GREENVILLE, TX  75403 | | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        cs

0833571_42_20090928_1016_278/T317_cs
###